IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEODIS BASSETTE, </br>ANNETTE BASSETTE, </br>LUCAS BASSETTE, </br>RONALD BAILEY </br></br>          Plaintiffs, </br></br>      vs. </br></br>CITY OF CHICAGO, </br>a municipal corporation, </br>RONALD NORWAY, Star # 6797, </br>E. CATO, Star # 1321, </br>E. UTRERAS, Star # 19901, </br>J. TROUTMAN, Star #6731, </br>J. ZINCHUK, Star # 3893, </br>M. ECTOR, Star # 5083 </br></br>          Defendants. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

**COMPLAINT**

The Plaintiffs, Cleodis Bassette, through his attorney, Richard Dvorak, of THE LAW OFFICES OF RICHARD DVORAK, and Annette Bassette, Lucas Bassette, and Ronald Bailey, though their attorney, Jonathan Feldman, of THE LAW OFFICES OF JONATHAN FELDMAN, complain of the Defendants, the City of Chicago, Ronald Norway, Star Number # 6797, E. Cato, Star Number # 1321, E. Utreras, Star # 19901, J. Troutman, Star # 6731, J. Zinchuk, Star # 3983, M. Ector, Star # 5083, of the following:

      1.      This incident concerns an illegal search and seizure and a subsequent malicious prosecution concerning the September 28, 2011 search of a home at 5423 South Wolcott, Second Floor, Chicago, Cook County, Illinois. At that time, Plaintiffs Annette Bassette and her

boyfriend, Ronald Bailey, lived at that address. At the time, neither Plaintiff Cleodis Bassette, Annette's son, nor Plaintiff Lucas Bassette, lived at the address. Plaintiff Lucas Bassette was, however, an overnight guest at that residence at the time of the search.

  2.  The jurisdiction of this court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983, § 1988, the judicial code 28 U.S.C. § 1331 and § 1343 (a); the Constitution of the United States, and pendent jurisdiction as provided under U.S.C. § 1367 (a).

  3.  At all relevant times pertaining to this occurrence, the Plaintiffs were residents of Chicago, Cook County, Illinois.

  4.  At the time of the search of the aforementioned home, Plaintiffs Annette Bassette, Lucas Bassette, and Ronald Bailey were present at the home, and subjected to an illegal search, seizure, and detention.

  5.  At the time of the search of the home, Plaintiff Cleodis Bassette was not at home.

  6.  At the time of the occurrence, Defendant City of Chicago was a municipal corporation, and the principal employer of Defendant Officers Ronald Norway, Star Number # 6797, E. Cato, Star Number # 1321, E. Utreras, Star # 19901, J. Troutman, Star # 6731, J. Zinchuk, Star # 3983, and M. Ector, Star # 5083 ("Defendant Officers"), who were acting under color of law and in the course and scope of their employment with the City of Chicago as police officers.

  7.  The aforementioned illegal search and/or seizure of the aforementioned home and persons, conducted by Defendant Officers, violated the Fourth Amendment rights of Plaintiffs Annette Bassette, Lucas Bassette, and Ronald Bailey.

  8.  Additionally, Defendant Officers had the duty to intervene to prevent other officers from conducting the aforementioned illegal search and seizure, they had the reasonable

opportunity to prevent the violation from happening, but the Defendant Officers failed to intervene to prevent the illegal search and seizure.

9. On that date, Defendant Officers arrested Plaintiff Lucas Bassette without probable cause or any other legal justification, and he was later released without charges. At the time, Defendant Officers also had a duty to intervene to prevent the false arrest of Plaintiff Lucas Bassette, they had a reasonable opportunity to prevent this from happening, but they failed to intervene to prevent this from occurring.

10. Later, on October 1, 2012, Plaintiff Cleodis Bassette was arrested without probable cause or legal justification by the Defendant Officers. At the time, Defendant Officers also had a duty to intervene to prevent the false arrest of Plaintiff Cleodis Bassette, they had a reasonable opportunity to prevent this from happening, but they failed to intervene to prevent this from occurring.

11. The Defendant Officers charged and prosecuted Plaintiff Cleodis Bassette, and/or played a significant role in the prosecution, on drug and gun charges. There was no probable cause or legal justification for these charges.

12. The charges were dismissed against the Plaintiff in a manner consistent with the innocence of the Plaintiff.

13. As a result of the above, Plaintiffs suffered injuries, including imprisonment and/or prosecution, and severe emotional damages and pecuniary damages.

14. The Plaintiffs bring Fourth Amendment claims against the Defendant Officers for illegal search and seizure and/or false arrest, failure to intervene to prevent the same, as well as state law claims of false imprisonment and malicious prosecution against Defendant City of Chicago, under the theory of *respondeat superior*.

WHEREFORE, pursuant to 42 U.S.C. §§ 1983 and 1988, as well as pendent state law, Plaintiffs demand compensatory damages against Defendant Officers and Defendant City of Chicago, and because the Defendant Officers acted maliciously, wantonly, and oppressively, Plaintiffs demand substantial punitive damages against the Defendant Officers. Additionally, the Plaintiffs seek costs, attorney's fees, and any other additional relief this Court deems equitable and just.

**PLAINTIFFS DEMAND TRIAL BY JURY.**

          Respectfully submitted,

          s/ Richard Dvorak,
          Attorney for Plaintiff Cleodis Bassette

          s/Jonathan Feldman,
          Attorney for the remaining Plaintiffs.

Richard Dvorak
THE LAW OFFICES OF RICHARD DVORAK
200 S. Wacker Drive, Suite 3148
Chicago, IL 60606
312-593-7146 (p)
312-276-4868 (f)
richard_dvorak@civilrightsdefenders.com

Jonathan Feldman
THE LAW OFFICES OF JONATHAN FELDMAN
200 S. Wacker Drive, Suite 3148
Chicago, IL 60606
312-952-5172 (p)
312-276-4868 (f)
jdfeldmanlaw@gmail.com